IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| ERIC CHATMAN | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | Civil No. 1:17cv347-HSO-JCG |
| | § | |
| HUNTINGTON INGALLS INCORPORATED | § | DEFENDANT |

## FINAL JUDGMENT OF DISMISSAL

BEFORE THE COURT is the parties' Stipulation of Dismissal [20]. The Stipulation is signed by counsel for both parties. The Court accepts this Stipulation and desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties, with each party to bear its own costs.

**SO ORDERED** this the 24th day of September, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE